UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LATTICE SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICOLOR SA, et al.,<br><br>Defendants. | Case No. 16-cv-00668-JSW<br><br>**ORDER REQUIRING SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 33 |
|---|---|

The Court has reviewed the joint case management statement and proposed order filed on May 20, 2016. By May 25, 2016, the parties shall submit a supplemental joint case management statement, which shall address: (a) all items set forth in Northern District of California Patent Local Rule 2-1(b); (b) whether this Court should refer this case to a Magistrate Judge for discovery purposes; and (c) a proposed joint schedule for the case that includes time for disposition of the disputed issue regarding production of accused products, consistent with this Court's Civil Standing Order No. 8 regarding discovery disputes.

**IT IS SO ORDERED.**

Dated: May 23, 2016

JEFFREY S. WHITE
United States District Judge